UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-22670-COOKE/O'SULLIVAN

ULLA HOLDING INC.,
a Delaware corporation,

    Plaintiff,
v.

AUTONOMY INVESTMENT PUERTO
RICO LLC, a Florida limited liability company,

    Defendant.
                                                          /

## ORDER

THIS MATTER is before the Court on Alexander Fischer, Esq., Andres Gamardo, Esq., and the law firm Sanchez Fischer Levine, LLP's Amended Motion to Withdraw as Counsel of Record for Plaintiff ULLA Holding Inc. (DE# 8, 9/20/21). Having reviewed the motion, it is

**ORDERED AND ADJUDGED** that Alexander Fischer, Esq., Andres Gamardo, Esq., and the law firm Sanchez Fischer Levine, LLP's Amended Motion to Withdraw as Counsel of Record for Plaintiff ULLA Holding Inc. (DE# 8, 9/20/21) is GRANTED in part as follows:

    1.    The plaintiff, ULLA Holding Inc., shall have until **October 20, 2021**, to retain new counsel, and for said counsel to enter a formal appearance with this Court.

    2.    Alexander Fischer, Esq., Andres Gamardo, Esq., and the law firm Sanchez Fischer Levine no longer represent the plaintiff, ULLA Holding Inc.

    3.    In the event that ULLA Holding Inc. fails to retain new counsel, or new counsel fails to enter a formal appearance with this Court on or before October

20, 2021, on behalf of the plaintiff ULLA Holding Inc. this Court may, based on a motion by the defendant, or sua sponte, dismiss this action because ULLA Holding Inc. is a corporation and cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear *pro se*, and must be represented by counsel.").

5. Attorneys Alexander Fischer, Esq. and Andres Gamardo, Esq. shall promptly notify the plaintiff of this order by mailing or serving a copy of this Order on a corporate representative of ULLA Holding Inc.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of September, 2021.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE